PRECEDENTIAL

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 10-3476
_____

DESMOND L. MAYNARD,
                                        Appellant

v.

CARMELO RIVERA,
COMMISSIONER OF THE VIRGINS ISLANDS
DEPARTMENT OF LABOR;
CHERYL MARTIN-LIBURD
_____

APPEAL FROM the District COURT OF THE VIRGIN ISLANDS – APPELLATE
DIVISION
(D.C. Civil No. 05-cv-00171)
Chief Judge: Honorable Curtis V. Gómez
District Judge: Honorable Raymond L. Finch
Superior Court Judge: Honorable Patricia D. Steele
_____

Argued December 5, 2011
_____

Before: FISHER, GREENAWAY, JR., and ROTH, *Circuit Judges*.

**ORDER AMENDING OPINION**

It appearing that due to a word processing error the section titles were omitted from the opinion filed on April 2, 2012, it is hereby O R D E R E D that the opinion is amended so that the section titles are included as follows:

I.        BACKGROUND

II.     JURISDICTION AND STANDARD OF REVIEW

III.    ANALYSIS

IV.     CONCLUSION


For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Date:  April 12, 2012
TMK/smw/cc:     Shawn E. Maynard-Hahnfeld, Esq.
                Tiffany V. Monrose, Esq.
                William W. Franks, Esq.
                Tina G. La Borde, Esq.

2